United States Court of Appeals
Fifth Circuit

**F I L E D**

April 19, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41193
Summary Calendar
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

     v.

MIGUEL FIGUEROA-ROJAS

                    Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-105-ALL
--------------------

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Miguel Figueroa-Rojas's constitutional challenge is
foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224,
235 (1998).  Although Figueroa-Rojas contends that <u>Almendarez-
Torres</u> was incorrectly decided and that a majority of the Supreme
Court would overrule <u>Almendarez-Torres</u> in light of <u>Apprendi v.
New Jersey</u>, 530 U.S. 466 (2000), we have repeatedly rejected such
arguments on the basis that <u>Almendarez-Torres</u> remains binding.
<u>See</u> <u>United States v. Garza-Lopez</u>, 410 F.3d 268, 276 (5th Cir.),

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cert. denied, 126 S. Ct. 298 (2005).  Figueroa-Rojas properly concedes that his argument is foreclosed in light of Almendarez-Torres and circuit precedent, but he raises it here to preserve it for further review.

The conviction and sentence of Figueroa-Rojas are AFFIRMED.